UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AL MOSHIR,<br><br>                        Plaintiff,<br><br>     -against-<br><br>NYC MAYOR ERIC ADAMS, ET AL.,<br><br>                        Defendants. | 23-CV-8533 (LTS)<br><br>CIVIL JUDGMENT |

      For the reasons stated in the November 1, 2023, order, this action is dismissed.

      The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   November 1, 2023
            New York, New York

                                                        /s/ Laura Taylor Swain
                                                    LAURA TAYLOR SWAIN
                                          Chief United States District Judge